U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
NOV 13 2024
AT____O'CLOCK____
John M. Domurad, Clerk - Syracuse

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.   5:24-CR-452 (FJS) |
| | ) | |
| v. | ) | **Indictment** |
| | ) | |
| MICHAEL AUSTIN, | ) | Violations:   21 U.S.C. § 841(a)(1) |
| | ) | [Possession with Intent to |
| **Defendant.** | ) | Distribute a Controlled |
| | ) | Substance] |
| | ) | |
| | ) | 18 U.S.C. § 922(g)(1) |
| | ) | [Possession of Firearm by a |
| | ) | Prohibited Person] |
| | ) | |
| | ) | 2 Counts |
| | ) | |
| | ) | County of Offense:   Herkimer |

## THE GRAND JURY CHARGES:

### COUNT ONE
[Possession with Intent to Distribute a Controlled Substance]

On or about August 15, 2024, in Herkimer County in the Northern District of New York, the defendant, **MICHAEL AUSTIN**, knowingly and intentionally possessed with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1). That violation involved cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(b)(1)(C).

Before the defendant committed the offense charged in this count, the defendant had a final prior conviction for a felony drug offense, that is, a conviction for Conspiracy to Possess with Intent to Distribute a Controlled Substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1) & (b)(1)(A), in the United States District Court for the Northern District of New York on or about October 6, 2010.

## COUNT TWO
### [Possession of a Firearm by a Prohibited Person]

On or about July 26, 2024, in Herkimer County in the Northern District of New York, the defendant, **MICHAEL AUSTIN**, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed in and affecting interstate and foreign commerce a firearm, namely a Remington, model R51, 9mm caliber pistol bearing serial number 0031022R51, which was manufactured in Massachusetts, and a Taurus, model PT111 G2, 9mm caliber pistol, bearing serial number TKN82657, which was manufactured in Brazil.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

Dated:   November 13, 2024

A TRUE BILL,

\*\*NAME REDACTED

Grand Jury Foreperson

CARLA B. FREEDMAN
United States Attorney

By: _____
Nicolas Commandeur
Assistant United States Attorney
Bar Roll No. 518984

2